

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xifin, Inc. | Civil Action No.  16cv01218-GPC-DHB |
| Plaintiff, | |
| V. | |
| Sunshine Pathways, LLC | DEFAULT JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court finds that plaintiff's request for damages is supported by the Services Agreement and by plaintiff's allegations, taken as true for purposes of default judgment, of Sunshine's breach of the Services Agreement. As such, the Court grants plaintiff's motion for default judgment and grants plaintiff's request for $680,943.80 in damages.

Date:    1/13/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ D. Juarez

D. Juarez, Deputy